1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,

13     v.                                    STIPULATION AND ORDER EXTENDING
                                             TIME FOR FILING A COMPLAINT FOR
14  APPROXIMATELY $827.04 SEIZED FROM        FORFEITURE AND/OR TO OBTAIN  AN
    PAYPAL ACCOUNT ASSIGNED TO EMAIL         INDICTMENT ALLEGING FORFEITURE
15  GABRIELALVA92@GMAIL.COM,

16  APPROXIMATELY $8,975.10 SEIZED FROM
    DISCOVER BANK ACCOUNT NUMBER
17  7016627348 IN THE NAME OF GABRIEL ALVA,

18  APPROXIMATELY $885.10 SEIZED FROM
    ALLY BANK ACCOUNT NUMBER 1069206298
19  IN THE NAME OF CATHERINE STUCKEY,

20  APPROXIMATELY $4,984.84 SEIZED FROM
    CITI BANK ACCOUNT NUMBER 42011053883
21  IN THE NAME OF CALIFITT, LLC,

22  APPROXIMATELY $8,686.40 SEIZED FROM
    CITI BANK ACCOUNT NUMBER 206269441 IN
23  THE NAME OF CALIFITT, LLC, AND

24  APPROXIMATELY $445.98 SEIZED FROM
    WELLS FARGO BANK ACCOUNT NUMBER
25  2018552089 IN THE NAME OF CATHERINE
    STUCKEY,
26
            Defendants.
27

28

                              1
                                        Stipulation and Order to Extend Time

1    It is hereby stipulated by and between the United States of America and potential claimants

2  Gabriel Alva and Catherine Stuckey ("claimants"), by and through their respective counsel, as follows:

3    1.    On or about August 6, 7, 9, and 12, 2019, the Homeland Security Investigation ("HSI")

4  seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively

5  "defendant funds").

6    2.    Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to

7  send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an

8  indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of

9  seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That

10  deadline is January 3, 2020.

11    3.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

12  March 3, 2020, the time in which the United States is required to file a civil complaint for forfeiture

13  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to

14  forfeiture.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1        4.        Accordingly, the parties agree that the deadline by which the United States shall be

2    required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3    alleging that the defendant funds are subject to forfeiture shall be extended to March 3, 2020.

4    Dated:  12/31/19                                                              McGREGOR W. SCOTT
                                                                                          United States Attorney
5
                                                                          By:    /s/ Kevin C. Khasigian
6                                                                                 KEVIN C. KHASIGIAN
                                                                                          Assistant U.S. Attorney
7

8    Dated:  1/2/20                                                            /s/ Stephen Kahn
                                                                                          STEPHEN KAHN
9                                                                                 Attorney for potential claimant
                                                                                          Gabriel Alva
10
                                                                                          (Signature authorized by email)
11

12   Dated:  1/2/20                                                            /s/ Candice Fields
                                                                                          CANDICE FIELDS
13                                                                                Attorney for potential claimant
                                                                                          Catherine Stuckey
14
                                                                                          (Signature authorized by phone)
15

16

17       **IT IS SO ORDERED**.

18   Dated: _____

19                                                                                United States District Judge

20

21

22

23

24

25

26

27

28

3

Stipulation and Order to Extend Time