McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $827.04 SEIZED FROM PAYPAL ACCOUNT ASSIGNED TO EMAIL GABRIELALVA92@GMAIL.COM,<br><br>APPROXIMATELY $8,975.10 SEIZED FROM DISCOVER BANK ACCOUNT NUMBER 7016627348 IN THE NAME OF GABRIEL ALVA,<br><br>APPROXIMATELY $885.10 SEIZED FROM ALLY BANK ACCOUNT NUMBER 1069206298 IN THE NAME OF CATHERINE STUCKEY,<br><br>APPROXIMATELY $4,984.84 SEIZED FROM CITI BANK ACCOUNT NUMBER 42011053883 IN THE NAME OF CALIFITT, LLC,<br><br>APPROXIMATELY $8,686.40 SEIZED FROM CITI BANK ACCOUNT NUMBER 206269441 IN THE NAME OF CALIFITT, LLC, AND<br><br>APPROXIMATELY $445.98 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2018552089 IN THE NAME OF CATHERINE STUCKEY,<br><br>　　　　　Defendants. | 2:20-MC-00002-TLN-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Gabriel Alva ("claimant"), by and through their respective counsel, as follows:

1. On or about August 6, 7, 9, and 12, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds")[1].

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 3, 2020.

3. By Stipulation and Order filed January 6, 2020, the parties stipulated to extend to March 3, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed March 3, 2020, the parties stipulated to extend to June 1, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed May 27, 2020, the parties stipulated to extend to July 31, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed July 21, 2020, the parties stipulated to extend to October 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed October 29, 2020, the parties stipulated to extend to January 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

---

[1] The United States has decided not to file against the Approximately $885.10 seized from Ally Bank Account Number 1069206298 in the name of Catherine Stuckey and Approximately $445.98 seized from Wells Fargo Bank Account Number 2018552089 in the name of Catherine Stuckey identified in the caption.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 27, 2021.

Dated: 1/20/2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/20/2021

/s/ Stephen Kahn
STEPHEN KAHN
Attorney for potential claimant
Gabriel Alva

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: January 20, 2021

Troy L. Nunley
United States District Judge

3

Stipulation and Order to Extend Time