PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $827.04 SEIZED FROM PAYPAL ACCOUNT ASSIGNED TO EMAIL GABRIELALVA92@GMAIL.COM,<br><br>APPROXIMATELY $8,975.10 SEIZED FROM DISCOVER BANK ACCOUNT NUMBER 7016627348 IN THE NAME OF GABRIEL ALVA,<br><br>APPROXIMATELY $885.10 SEIZED FROM ALLY BANK ACCOUNT NUMBER 1069206298 IN THE NAME OF CATHERINE STUCKEY,<br><br>APPROXIMATELY $4,984.84 SEIZED FROM CITI BANK ACCOUNT NUMBER 42011053883 IN THE NAME OF CALIFITT, LLC,<br><br>APPROXIMATELY $8,686.40 SEIZED FROM CITI BANK ACCOUNT NUMBER 206269441 IN THE NAME OF CALIFITT, LLC, AND<br><br>APPROXIMATELY $445.98 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2018552089 IN THE NAME OF CATHERINE STUCKEY,<br><br>　　　　　Defendants. | 2:20-MC-00002-TLN-KJN<br><br>NOTICE OF ELECTION |

1

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned remaining defendant assets in criminal cases *United States v. Gabriel Alva*, 2:21-CR-00178-JAM and *United States v. Ian Hoffmann*, 2:21-CR-00017-JAM.  Accordingly, this miscellaneous case may be closed.

Dated:  10/21/2021

                                                      PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                 By:    /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney